[No. 11944-7-II. Division Two. November 30, 1989.]

DWIGHT L. CORRELL, ET AL, *Respondents,* v. TACOMA CITY POLICE DEPARTMENT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-04672-6, Rosanne Buckner, J., entered March 18, 1988. *Reversed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Dolliver and Schumacher, JJ. Pro Tem.

[No. 12314-2-II. Division Two. November 30, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. KENNETH DAVID STANWICK, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-00217-9, James P. Healy, J., entered September 20, 1988. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed and Worswick, JJ.

[No. 23496-0-I. Division One. December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD PUTZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-01471-6, Charles S. Burdell, Jr., J., entered December 12, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22501-4-I. Division One. December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARDO MICHAEL VINCENTI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-01418-0, Frank J. Eberharter, J., entered June 29, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Scholfield, JJ.